# EXHIBIT B

# QUICK START GUIDE



**Parts list**
- SWARM vibration monitor
- Power cable
- Power adapter
- Screw with plug (for mounting the SWARM)
- Instructions prior to first use

# INSTRUCTIONS PRIOR TO FIRST USE

### Product innovations over the air
The first time you power up your SWARM, the SWARM will look for the latest product innovations to download. Within a few minutes the SWARM is up-to-date and ready to use. Update status and downloading progress can be viewed on your Honeycomb overview page. How to create a Honeycomb account is explained below under the section "Set up your SWARM vibration monitor".

### Requirements
Honeycomb subscription. Honeycomb account. WiFi or LTE/ 4G access.
Acceptance of the terms of the license agreement, when creating a new account on:
*https://honeycomb.omnidots.com*
Power requirements: 5V 1A.

### Important notices
Omnidots' hardware product is warranted against defects in materials and workmanship for a period of two (2) years from the date of original purchase, and only when used in accordance with Omnidots' user manuals and instructions. IP65 Enclosure IP rated as dustproof and protected against water projected from a nozzle.
When disconnected from the power cable, make sure to keep the connector sealed using the dust cap. This will insure the SWARM remains watertight and dustproof.

Only use the power cable provided by Omnidots, using another power cable can affect the IP65 protection and cause water or dust damage. Using other power cables will void the warranty. The provided SWARM power adapter is not intended for outdoor use. For outdoor use, we recommend using the Omnidots battery pack.
The SWARM, including its SIM cover, should never be opened. Only an Omnidots' certified facility can do so.

# QUICK START GUIDE

**OMNIDOTS**

## SET UP YOUR SWARM VIBRATION MONITOR

1. 
**Connect the provided power cable to the SWARM**
Make sure to tighten the connector coupling ring properly, until you feel a slight click. This will insure a watertight and dustproof connection.

2. 
**Mount the SWARM**
firmly to the wall, ceiling or ground, using only one screw. Mounting can be done at any angle.

3. 
**Leveling is not necessary**
as the SWARM aligns its axes by itself, automatically.

4. 
**Power the SWARM**
using Omnidots' battery pack. The Swarm can also be powered using a solar panel, or mains power.

5. 
**Create an account / login**
*https://honeycomb.omnidots.com*


6. 
**Create a measuring point for your SWARM**
Choose the settings you require for your measuring point.

7. 
**Once the Swarm's LED is breathing green**
your SWARM is ready to measure the vibrations of the object it is mounted on!

8. 
**Monitor and check**
the measured data on the Honeycomb platform.


Please check Omnidots' website for more information and online tutorials: *https://www.omnidots.com/en/faq*

## THE POSITION OF THE X, Y AND Z AXIS WITH RESPECT TO THE SWARM


**SWARM standing view**
SWARM axes when mounted vertically, for example to a wall.


**SWARM landscape view**
SWARM axes when mounted horizontally, for example to a ground mounting plate.


**SWARM hanging view 45 degrees**
SWARM axes when mounted facing downwards at an angle of 45 degrees, for example to a sloping ceiling.


**SWARM landscape view 45 degrees**
SWARM axes when mounted facing upwards at an angle of 45 degrees, for example to a sloping wall.


**SWARM hanging view**
SWARM axes when mounted facing downwards, for example to a ceiling.