# EXHIBIT C


# OMNIDOTS SWARM V2.2cw

Part of Omnidots' environmental monitoring solution

## Product Specifications

Generated at the 17th of October 2022, at 01:29:40 pm

## DATA ACQUISITION

| | |
|---|---|
| Direction | X, Y, Z |
| Range frequency | 0.5 - 250 Hz |
| Range velocity | ±300.0 mm/s (±12 in/s) |
| Range acceleration | ±40 g |
| Measurements | PPV, PPA, PVS, VDV, Veff(max), Vper, KBFmax, KBFTm, Velocity traces |
| Noise (RMS) | 25 um/s at 250 Hz BW (1 mil/s) |
| Resolution | 0.5 um/s (0.02 mil/s) |
| Dominant frequency determination | FFT |
| Applications | Construction (metric / imperial), Blasting, Mining |

## GPS LOCATION

| | |
|---|---|
| Sensor type | GPS receiver |
| Accuracy | 10 meter CEP (33 ft CEP) |

## SENSOR TILT

| | |
|---|---|
| Maximum velocity level | 300 mm/s (12 in/s) |

## LOGGING INTERVAL TIME

| | |
|---|---|
| Range | 2 - 6000 seconds |

## ALARM TRIGGER LEVEL

| | |
|---|---|
| Range (PPV) | 0.1 - 300mm/s (0.004 - 12 in/s) |

# APPLICABLE STANDARDS

SBR-A / DIN4150-3 / BS7385 / Circulaire du '86 / ISEE (USBM RI 8507 & OSMRE) / SN 640 312a /
IN 1226 / SBR-B / DIN 4150-2 / DIN 45669-1



# HONEYCOMB CLOUD SERVICE (personal dashboard)

| | |
|---|---|
| Displays | PPV, PPA, PVS, VDV, Veff(max), Vper, KBFmax, KBFTm, Velocity traces, FFT |
| Exports | PPV, PPA, PVS, VDV, Veff(max), Vper, KBFmax, KBFTm, Velocity traces |
| Velocity | Peak particle velocity |
| Frequency | Dominant frequency |
| Traces | 1000 samples per second |
| Number of traces | Maximum of 5 highest traces per hour |
| Data storage | Secure data centre |

# ALARM SETTINGS

| | |
|---|---|
| Alarm level curve | SBR curve, DIN curve, Circulaire '86, ISEE (USBM RI8507 & OSMRE), SN 640 312a, IN1226, Flat line |
| Type of message | E-mail, SMS, personal dashboard |

Generated at the 17th of October 2022, at 01:29:40 pm

**OMNIDOTS** | Potklei 5 | 9351 VS | Leek | The Netherlands | +31 85-0700 336 | info@omnidots.com
| VAT: NL854237677B01 | CoC: 61169935 | Bank: NL19ABNA0417607237

## COMMUNICATION

| Wireless | WiFi, 4G/LTE |
|---|---|

## MODEM

| Network | 4G/LTE |
|---|---|

## INTERNAL MEMORY

| Storage | ~ 1 work week storage of log records |
|---|---|

## AMBIENT CONDITION

| Ingress protection rating | IP65 |
|---|---|
| Operating temperature range | -10°C to 70°C (14°F to 158°F) |
| Storage temperature range | -30°C to 90°C (-22F° to 194°F ) |

## POWER SUPPLY

| Power source | External |
|---|---|
| Minimal power supply | 5V USB power (min. 4.5V, max. 5.5V), min. 1A (5W) |
| Power consumption | 25mW sleeping, 1W idle, 3W active, 5W max |

## CALIBRATION

Recommended biennial (every two years)*
Certified calibration by a Omnidots certified facility
* When used according to product manual and within ambient specifications.




# DIMENSIONS

| | |
|---|---|
| Dimensions | 109 x 130 x 45 mm (4.29 x 5.12 x 1.77 inch) |
| Weight | 260 gr (9.17 oz) |



# SENSOR POSITIONING

| | |
|---|---|
| Mounting | 1 screw and 1 plug included |
| Auto levelling; Auto axes alignment | Automatic adjustment by gravity |

Generated at the 17th of October 2022, at 01:29:40 pm

**OMNIDOTS** | Potklei 5 | 9351 VS | Leek | The Netherlands | +31 85-0700 336 | info@omnidots.com
| VAT: NL854237677B01 | CoC: 61169935 | Bank: NL19ABNA0417607237