# EXHIBIT D

| U.S. Pat. 10,794,929 - Claim 1 | SWARM V2.2cw |
|---|---|
| 1. A vibration sensor system for construction and industrial projects, comprising: | SWARM V2.2cw is a vibration sensor system for use in construction and industrial monitoring applications. *Article numbers: SWARM V2.2b-G, SWARM V2.2c-G, SWARM V2.2cw-G* **Complies with industry standards:** <br>• DIN4150-2, DIN4150-3, DIN 45669-1, BS7385, BS6841, ISO2631, SBR-A 2010, SBR-A 2017, SBR-B, Circulaire du 23/07/1986, ISEE (USBM RI8507 & OSMRE) and SN640312a. <br>• The SWARM continuously sends the measurement data automatically to Honeycomb via 4G/LTE, WiFi, or PoE using an adapter. <br>• Mounting is very quick and easy. <br>• The SWARM is compact, lightweight, and IP65-rated. <br><br>*Excerpted from Omnidots' website:* https://www.omnidots.com/en/products/swarm-vibration-monitor (last visited December 21, 2023). |
| [1.1] a water-proof housing; | SWARM V2.2cw has a water-proof housing. |
| [1.2] a low acceleration range accelerometer disposed in the housing for measuring acceleration data below a first threshold; | SWARM V2.2cw has three Analog Device ADXL355B MEMS accelerometers within the housing. The three ADXL355B accelerometers of the SWARM V2.2cw are shown in the image below. |

| U.S. Pat. 10,794,929 - Claim 1 | SWARM V2.2cw |
|---|---|
| | SWARM V2.2cw also has three Analog Device ADXL357B MEMS accelerometers within the housing.<br><br>The ADXL355B accelerometers meet the element of a low acceleration range accelerometer.<br><br>The SWARM V2.2cw is rated to measure velocity up to 300mm/s of movement.<br><br>The ADXL355B accelerometer is rated for measuring velocity up to 50mm/s.<br><br>The ADXL355B accelerometers used in the SWARM V2.2cw are for measuring acceleration data below a threshold. |
| [1.3] a high acceleration range accelerometer disposed in the housing for measuring acceleration data above a second threshold; and | SWARM V2.2cw has three Analog Device ADXL357B MEMS accelerometers within the housing. The three ADXL357B accelerometers of the SWARM V2.2cw are shown in the image below.<br><br>The ADXL357B accelerometers meet the element of a high acceleration range accelerometer disposed in the housing. |

| U.S. Pat. 10,794,929 - Claim 1 | SWARM V2.2cw |
|---|---|
| | Whereas the ADXL355B accelerometer is rated for measuring velocity up to 50mm/s, the ADXL357B accelerometers are rated for measuring velocity up to the 300mm/s maximum velocity that the SWARM V2.2cw supports.<br><br>The ADXL357B accelerometers used in the SWARM V2.2cw are for measuring acceleration data above a threshold. |
| [1.4] an analog-to-digital conversion circuit connected to the low and high acceleration range accelerometers,<br><br>wherein the analog-to-digital conversion circuit provides acceleration data along x-, y- and z-axes; and | The accelerometer sensors on board the SWARM device are connected to an analog-to-digital conversion circuit that converts the sensor measurements to a digital signal representing acceleration data for the x, y and z axes for output to a processor.<br><br>Specifically, as shown in the schematic diagrams below, the ADXL355B and ADXL357B accelerometers used in the SWARM V2.2cw have integrated analog to digital converter (ADC) circuits. The ADC circuits sample the analog three-axis accelerometer sensor signals and output digital acceleration data for the x, y and z axes.<br><br>*Figure 2. ADXL355*<br><br>*Excerpted from Analog Devices Product Specification*: (https://www.analog.com/media/en/technical-documentation/data-sheets/adxl354_355.pdf) (last visited December 21, 2023). |

| U.S. Pat. 10,794,929 - Claim 1 | SWARM V2.2cw |
|---|---|
| | *Figure 2. ADXL357*<br><br>*Excerpted from Analog Devices Product Specification:* (https://www.analog.com/media/en/technical-documentation/data-sheets/adxl356-357.pdf ) (last visited December 21, 2023). |
| [1.5] a data processing circuit receiving the acceleration data from the analog-to-digital conversion circuit, | The SWARM V2.2cw has a data processing circuit that receives the accelerometer data from the analog-to-digital conversion circuits.<br><br>Specifically, the ADXL355B and ADXL357B accelerometers pass digitized acceleration data to a processor on-board the SWARM V2.2cw device via a data bus. |
| [1.6] wherein the data processing circuit determines the directional orientation of the vibration sensor assembly, and determines a correction factor to be applied to the acceleration data to compensate for the directional orientation of the vibration sensor assembly. | SWARM V2.2cw meets this element.<br><br>The data processing circuit of the SWARM V2.2cw is programmed to perform automatic alignment of the axes of the accelerometers on board the SWARM V2.2cw, including determining the orientation of the SWARM V2.2cw sensor and a correction factor to be applied to the acceleration data along x-, y- and z-axes to compensate for the directional orientation of the SWARM sensor. |

| U.S. Pat. 10,794,929 - Claim 8 | SWARM V2.2cw |
|---|---|
| 8. A vibration sensor system for construction and industrial projects, comprising: | See *supra* claim 1 preamble. |

| U.S. Pat. 10,794,929 - Claim 8 | SWARM V2.2cw |
|---|---|
| [8.1] a water-proof housing; | See *supra* [1.1]. |
| [8.2] a low acceleration range accelerometer disposed in the housing for measuring acceleration data below a first threshold; | See *supra* [1.2]. |
| [8.3] a high acceleration range accelerometer disposed in the housing for measuring acceleration data above a second threshold; and | See *supra* [1.3]. |
| [8.4] an analog-to-digital conversion circuit connected to the low and high acceleration range accelerometers, wherein the analog-to-digital conversion circuit provides acceleration data along x-, y- and z-axes; and | See *supra* [1.4]. |
| [8.5] a data processing circuit receiving the acceleration data from the analog-to-digital conversion circuit, | See *supra* [1.5]. |
| [8.6] wherein the data processing circuit uses the acceleration data originating from the low acceleration range accelerometer to calculate velocity. | SWARM V2.2cw meets this element. The ADXL355B accelerometers meet the element of a low acceleration range accelerometer. The SWARM V2.2cw is rated to measure velocity up to 300mm/s of movement. The ADXL355B accelerometer is rated for measuring velocity up to 50mm/s. |

| U.S. Pat. 10,794,929 - Claim 8 | SWARM V2.2cw |
|---|---|
| | In the range of 0 to 50 mm/s, the ADXL355B accelerometer has greater sensitivity to vibrations than the ADXL357B accelerometer.<br><br>The data processing circuit of the SWARM v2.2cw uses the accelerometer data originating from the ADXL355B to calculate velocity for at least a portion of the 0mm/s to 300mm/s total working range of the SWARM v2.2cw. |